IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT WALL, # 13965052　　　　　　　　　　　　　　　　　　　PLAINTIFF

VERSUS　　　　　　　　　　　　　CIVIL ACTION NO. 5:09-cv-88-DCB-MTP

JEFF ALLEN, BUREAU OF PRISONS,
BRUCE PEARSON, ERIC HOLDER
AND JOHN DOES　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the <u>27th</u> day of January, 2010.

　　　　　　　　　　　　　　　　　　s/David Bramlette
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE